UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS A. VAZQUEZ-DIAZ,<br><br>                         Plaintiff,<br><br>-against-<br><br>BORREIRO; LANCE, ET AL,<br><br>                         Defendants. | 22-CV-8708 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 5, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 5, 2022
            New York, New York

                                                       /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                    Chief United States District Judge